IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERALD OVERMAN,

                                                ORDER

                Plaintiff,

                                               06-cv-484-bbc

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

        Pursuant to the Seventh Circuit's decision and judgment entered October 8, 2008, this case is REMANDED to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the court of appeals' opinion. The clerk shall enter judgment in favor of plaintiff.

        Entered this 11th day of December, 2008.

                                    BY THE COURT:

                                    /s/

                                  BARBARA B. CRABB
                                  District Judge