IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD OVERMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-C-484-C

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Gerald Overman against defendant Michael J. Astrue REMANDING case to the commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the court of appeals' opinion.

_____       12/15/08
Peter Oppeneer, Clerk of Court              Date