IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD OVERMAN,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-484-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT judgment is entered in favor of plaintiff Gerald Overman against defendant Michael Astrue awarding plaintiff attorney fees and costs under the Equal Access to Justice Act in the amount of $15,825.68.

Approved as to form this 29th day of April, 2009.

_____
Barbara B. Crabb,
District Judge

_____
Peter Oppeneer, Clerk of Court

APR 3 0 2009
_____
Date